VICTORIA JENNINGS, Appellant, v. EVA INKAWHICH, Individually and as Administratrix of the Estate of LOUIS INKAWHICH, Deceased, Respondent, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order compelling deletion of portions of the complaint and the restating and renumbering of various portions.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

∎

In the Matter of the Estate of JOHN H. AUSTIN, Deceased. XENIA SATTERLEE, as Administratrix of the Estate of JOHN H. AUSTIN, Deceased, Appellant; MINNIE AUSTIN, Respondent.— Order modified by striking from the last two ordering paragraphs thereof the words " within ten days after service of a copy of this order with notice of entry thereof " and as so modified affirmed, with costs to the respondent payable out of the estate. All concur. (Appeal from an order allowing a claim against an estate for services rendered decedent.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

∎

EDWARD GERAGHTY, JR., an Infant, by EDWARD GERAGHTY, SR., His Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30713.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment dismissing a claim for damages for personal injuries alleged to have been sustained by claimant by reason of the negligent condition of State highway.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [204 Misc. 270.] [See *post*, p. 1001.]